BRIAN J. ELLIOTT
Nevada Bar No. 11115
4120 W. Windmill Lane, Suite 106
Las Vegas, Nevada 89139
(702) 260-1060
(702) 260-1606 Fax
E-mail:  bje@brianelliottlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC., a Nevada corporation, and Double Diamond Distribution, Ltd., a Saskatchewan, Canada corporation,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Crocs, Inc., a Delaware corporation<br><br>　　　　　　　　　　　Defendants. | Case No. 2:16-cv-1694<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned, counsel of record for Plaintiff U.S.A. Dawgs, Inc. and Plaintiff Double Diamond Distribution, Ltd., certifies that the following have an interest in the outcome of this case:

　　　　U.S.A. Dawgs, Inc., Plaintiff

　　　　Double Diamond Distribution, Ltd., Plaintiff

　　　　Crocs, Inc., Defendant

　　　　CVS Health Corporation – See Complaint ¶15-16

　　These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED this 18th day of July, 2016.

/s/ Brian J. Elliott
BRIAN J. ELLIOTT
Nevada Bar No. 11115
4120 W. Windmill Lane, Suite 106
Las Vegas, Nevada 89139
(702) 260-1060
(702) 260-1606 Fax
E-mail:  bje@brianelliottlaw.com

*Attorney of Record for U.S.A. Dawgs, Inc. and Double Diamond Distribution, Ltd.*