# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| U.S.A. DAWGS, INC., et al., | Case No. 2:16-CV-1694 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CROCS, INC., | |
| Defendant(s). | |

Presently before the court is *U.S.A. Dawgs, Inc. v. Crocs Inc.*, case number 2:16-cv-01694-JCM-PAL.

On February 1, 2018, plaintiff U.S.A. Dawgs, Inc., filed a notice of bankruptcy. (ECF No. 56). The outstanding substantive motions in the case relate to defendant Crocs, Inc.'s motion for sanctions against plaintiff.[1] *See* (ECF No. 42) (defendant's motion for leave to supplement its motion for sanctions); (ECF No. 43) (plaintiff's motion to reconsider the courts order on defendant's motion for sanctions). Therefore, pursuant to 11 U.S.C. § 362, plaintiff's bankruptcy petition operates as an automatic stay on the instant action. *See* 11 U.S.C. § 362(a).

Accordingly,

IT IS HEREBY ORDERED that this action is STAYED pending termination of plaintiff's bankruptcy proceeding.

IT IS FURTHER ORDERED that plaintiff shall notify the court of the termination of its bankruptcy proceeding within fourteen (14) days following termination thereof.

---

[1] Plaintiff also filed a motion for leave to file supplemental authority related to its motion to reconsider. (ECF No. 52).

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's motion for leave to supplement its motion for sanctions (ECF No. 42) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that plaintiff's motion for reconsideration (ECF No. 43) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that plaintiff's motion for leave to supplement (ECF No. 52) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that following notification of termination of plaintiff's bankruptcy proceeding, the parties may renew their respective motions.

Accordingly,

IT IS SO ORDERED.

DATED February 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**