JOEL Z. SCHWARZ
Nevada Bar No. 9181
E: jschwarz@dickinsonwright.com
JOANNA M. MYERS
Nevada Bar No. 12048
E: jmyers@dickinsonwright.com
DICKINSON WRIGHT, PLLC
8363 W. Sunset Rd., Suite 200
Las Vegas, Nevada 89113
T: 702.550.4437
F: 844.670.6009

CHRISTOPHER HELLMICH (appearing *pro hac vice*)
E: chellmich@hellmichlaw.com
HELLMICH LAW GROUP, PC
5753-G E. Santa Ana Canyon Rd., #512
Anaheim Hills, CA 92807
T: 949.287.5708
F: 714.974.7733

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC., *et al*, <br><br> Plaintiffs, <br><br> vs. <br><br> CROCS INC, <br><br> Defendant. | **Case No. 2:16-cv-1694-JCM (PAL)** <br><br> **ATTORNEY JOEL Z. SCHWARZ AND ATTORNEY JOANNA M. MYERS' MOTION TO WITHDRAW PURSUANT TO LOCAL RULE LR IA 11-6(b) AND (e) AND PROPOSED ORDER** |

Attorney Joel Z. Schwarz and Attorney Joanna M. Myers[1] are local counsel for U.S.A. DAWGS, INC., A NEVADA CORPORATION, AND DOUBLE DIAMOND DISTRIBUTION, LTD., A SASKATCHEWAN, CANADA CORPORATION, Plaintiffs, in this action, along with Attorney CHRISTOPHER HELLMICH, who is appearing *pro hac vice* on behalf of the Plaintiffs.

Due to the Chapter 11 Bankruptcy of the Plaintiff, U.S.A. Dawgs, Inc., at BK-S-18-10453-LEB, in the Bankruptcy Court for the District of Nevada, Attorney Schwarz and Attorney Myers now move

---

[1] Attorney Joanna M. Myers is no longer with Dickinson Wright, PLLC.

to withdraw as local counsel for the Plaintiffs as the Plaintiffs seek new local counsel which is estimated to take another 7 days.  Attorney Hellmich will remain appearing *pro hac vice*.  Once new local counsel is retained, the Plaintiffs intend on filing the proposed attached response to Defendant's motion to lift the stay and to refile its motion for sanctions. "Motion", ECF Nos. 58 and 59.  See attached Exhibit "A."

      For the foregoing reasons and based upon good cause, Attorney Schwarz and Attorney Myer respectfully request that the Court grant this motion pursuant to Local Rule LR IA 11-6(b) and (e) and enter an order withdrawing their appearance in this action.

Dated: July 17, 2018                Respectfully submitted,

/s/ Joel Z. Schwarz
JOEL Z. SCHWARZ
Nevada Bar No. 9181
E: jschwarz@dickinsonwright.com
JOANNA M. MYERS
Nevada Bar No. 12048
E:  jmyers@dickinsonwright.com
DICKINSON WRIGHT, PLLC
8363 W. Sunset Rd., Suite 200
Las Vegas, Nevada 89113
T: 702.550.4437
F: 844.670.6009

Christopher Hellmich (SBN 224169)
HELLMICH LAW GROUP, PC
5753-G E. Santa Ana Canyon Rd, #512
Anaheim Hills, CA 92807
T: 949.287.5708
F: 714.974.7733
E: chellmich@hellmichlaw.com
(Appearing *pro hac vice*)

*Attorneys for: Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, a true and correct copy of the foregoing was filed via the CM/ECF System and was served upon all attorneys of record who have entered an appearance in this case.

/s/ Christopher Hellmich
Christopher Hellmich