# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

U.S.A. Dawgs, Inc., et al **JUDGMENT FOR ATTORNEYS' FEES IN A CIVIL CASE**

           Plaintiffs,

v.           Case Number: 2:16-cv-01694-JCM-PAL

Crocs, Inc., et al

           Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in the amount of $12,219.01 in attorneys' fees in favor of Crocs, Inc., to be paid jointly and severally by U.S.A. Dawgs, Inc. and Double Diamond Distribution, Ltd.

2/11/2019                               DEBRA K. KEMPI
Date                                           Clerk

                                                                                            /s/ S. Denson
                                                                                            Deputy Clerk